UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLLI M. ZUGHEIB,** | 1:15-cv-1826-LJO-BAM |
| Plaintiff, | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 13)** |
| v. | |
| **SANDRA LUCAS AND KIMBERLY UNDERWOOD,** | |
| Defendant. | |

On January 28, 2016, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 13 at 1. Plaintiff requests that the Court issue an order dismissing the entire complaint without prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action. Defendants' motion to dismiss (Doc. 9) is DENIED AS MOOT. The Clerk of Court is directed to CLOSE this case.

**IT IS SO ORDERED**
**Dated: January 28, 2016**

                                              **/s/ Lawrence J. O'Neill**
                                              **United States District Judge**